UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY JAIL, et al.,<br><br>Defendants. | Case No. 22-cv-01728 BLF (PR)<br><br>**JUDGMENT** |

Plaintiff's request for voluntary dismissal of this action has been granted. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __July 8, 2022_____

*signature*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.22\01728Pagaling_judgment